IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| DEMARCO COTTON, ) | |
|     Plaintiff(s) ) | |
| ) | |
| v. ) | Case No.3:22-cv-00147 |
| ) | Judge Trauger/Frensley |
| ) | |
| CORECIVIC, INC., et al, ) | |
|     Defendant(s) ) | |

**O R D E R**

The Clerk is directed to ISSUE PROCESS to Defendants Mohamed Bangua and Kimberly Flood at the addresses provided UNDER SEAL by CoreCivic in Docket Entry No. 28. The filing at Docket Entry No. 28 shall remain UNDER SEAL until further order of the Court.

The Clerk and the U.S. Marshal shall ensure that the service of process documents and any returns keep the addresses for these Defendants UNDER SEAL.

The Clerk is directed to send a copy of this Order and the incident reports and medical records concerning the alleged incident contained in Exhibit A to Docket Entry No. 28 to Plaintiff by regular, first class mail (only).

IT IS SO ORDERED.

JEFFERY S. FRENSLEY
United States Magistrate Judge